IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 24-CR-02057 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 922(a)(6): False |
| EVAN ROBERT STALKER, | ) | Statement During Attempted |
| | ) | Purchase of Firearm |
| Defendant. | | |

The Grand Jury charges:

## Count 1

### False Statement During Attempted Purchase of a Firearm

On or about the July 8, 2024, in the Northern District of Iowa, defendant, EVAN ROBERT STALKER, in connection with the attempted acquisition of a firearm, a CZ/CZ-USA, Model P-10 C, 9x19mm pistol, from FFL#1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to FFL#1, which statement was intended and likely to deceive FFL#1, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he had never been committed to a mental institution, when in fact defendant had been committed by the Iowa District Court for Cerro Gordo County to a mental institution.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1

Case 6:24-cr-02057-CJW-MAR    Document 3    Filed 12/18/24    Page 1 of 2

A TRUE BILL

███████████████  12/18/24
Grand Jury Foreperson    Date

TIMOTHY T. DUAX
United States Attorney

By: /s/

KYNDRA LUNDQUIST
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 12/18/2024
PAUL DE YOUNG, CLERK